JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. MORGAN SECURITIES LLC, a Delaware Corporation; JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>　　　　　　　　Petitioners,<br><br>　　vs.<br><br>JOSEPH ELLISON, an individual,<br><br>　　　　　　　　Respondent. | Case No. CV14-05567 DSF (AGRx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

　　1. The arbitration award issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between J.P. Morgan Securities LLC and JPMorgan Chase Bank, N.A. (collectively "Petitioners") and Respondent Joseph Ellison ("Respondent"), entitled Joseph Ellison vs. J.P. Morgan Securities LLC and JP Morgan Chase Bank., N.A., FINRA Case No. 12-02244 (the "Award"), is CONFIRMED in its entirety;

　　2. In conformity with the FINRA Award, JUDGMENT is hereby entered in favor of Petitioners and against Respondent for $589,624.06 in compensatory damages, plus $200,000 for attorneys' fees and costs, for a total Judgment of $789,624.06. As stated in the FINRA Award,

- 1 -

Petitioners are also awarded interest in the amount of $42.37 per day, accruing from April 28, 2014 until the Judgment is fully satisfied.

        **IT IS SO ORDERED.**

DATED: November 20, 2017

*/s/ Dale S. Fischer*
UNITED STATES DISTRICT JUDGE